UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHNNY HENDERSON,

Plaintiff,

v.                                              CAUSE NO. 3:26-CV-897-DRL-SJF

WILLIAM HYATTA, et al.,

Defendants.

<u>ORDER</u>

Johnny Henderson, a prisoner without a lawyer, initiated this case by filing a complaint in the Southern District of Indiana. ECF 2. It was later transferred to this court. ECF 8. The complaint is not on this court's approved form as is required by Northern District of Indiana Local Rule 7-6. If Henderson wants to continue this lawsuit, he must place the cause number at the top of this page on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form, which will be sent to him by the clerk. He should read all the directions on the form carefully and fill it out accordingly, keeping in mind that he must "declare **under penalty of perjury** that the statements in [the] complaint are true." After properly completing and signing that form, he must send it to the court.

For these reasons, the court:

(1) DIRECTS the clerk to send Johnny Henderson a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form with this cause number on it;

(2) ORDERS Johnny Henderson to file an amended complaint on that form by **July 20, 2026**; and

(3) CAUTIONS Johnny Henderson that, if he does not do so by the deadline, this case may be dismissed without further notice.

SO ORDERED on June 23, 2026.

s/ Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge